FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

NOV 01 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA PITTMAN, <br><br> Plaintiff, <br><br> v. <br><br> ULMER ENTERPRISES INC. and David Ulmer <br><br> Defendants. | CIVIL ACTION <br> NO. 1:05-CV-282-JTC |

1.  We the Jury find as follows on Plaintiff Felicia Pittman's claim against Defendant Ulmer Enterprises, Inc. that she was subject to a hostile or abusive work environment because of her sex or gender:

    For the Plaintiff Felicia Pittman _____

    For the Defendant Ulmer Enterprises, Inc. __X__

2.  We the Jury find as follows on Plaintiff Felicia Pittman's claim for negligent retention against Defendant Ulmer Enterprises, Inc.:

    For the Plaintiff Felicia Pittman _____

    For the Defendant Ulmer Enterprises, Inc. __X__

**[If you found for Plaintiff Felicia Pittman in either Question 1 or 2, answer the following Question 3. If you found for Defendant Ulmer Enterprises, Inc. on both Questions 1 and 2, go to Question 4.]**

3.  We the Jury award Plaintiff Felicia Pittman the following damages against Defendant Ulmer Enterprises, Inc.

    $_____ in compensatory damages

    $_____ in punitive damages

If you found for Plaintiff Felicia Pittman on Question 2, but you find that Plaintiff Felicia Pittman failed to prove the extent of the harm she suffered as a result of Defendant Ulmer Enterprises, Inc.'s conduct, and you did not award any compensatory on Plaintiff Felicia Pittman's negligent retention claim, you may award Plaintiff Felicia Pittman nominal damages for Question 2. We the Jury award Plaintiff Felicia Pittman the following damages against Defendant Ulmer Enterprises, Inc.:

    $_____ in nominal damages

4.  We the Jury find as follows on Plaintiff Felicia Pittman's claim against Defendant David Ulmer for assault and battery:

    For the Plaintiff Felicia Pittman _____

    For the Defendant Ulmer Enterprises, Inc. __X__

**[If you found for Plaintiff Felicia Pittman on her claim of assault and battery against Defendant David Ulmer, answer Question 5. If you found for Defendant David Ulmer on Question 5, sign and date the verdict form]**

    5.    We the Jury award Plaintiff Felicia Pittman the following damages against Defendant David Ulmer

    $_____ in compensatory damages

    $_____ in punitive damages

If you found for Plaintiff Felicia Pittman on Question 4, but you find that Plaintiff Felicia Pittman failed to prove the extent of the harm she suffered as a result of Defendant David Ulmer's conduct, and you did not award any compensatory on Plaintiff Felicia Pittman's assault and battery claim, you may award Plaintiff Felicia Pittman nominal damages for Question 4. We the Jury award Plaintiff Felicia Pittman the following damages against Defendant Ulmer Enterprises, Inc.:

    $_____ in nominal damages

SO SAY WE ALL.

*[signature]*
Foreperson

DATED: *November 1, 2007*

3